JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGER,<br><br>    Plaintiff,<br><br>v.<br><br>PICO/FLOWER, LLC, a California Limited Liability Company; EFRAIM OREN; SHAWN MANSHOORY; SHAHRAM MANSHOORY; CERTIFIED MART, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 8:16-CV-00191-AG-KESx<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: April 13, 2016

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

Notice for Dismissal      Case: 8:16-CV-00191-AG-KES